Alfred "Erika" Caraffa ADc #350727
Name and Prisoner/Booking Number

ASPC Tucson Rincon Husix A Row cell Eight
Place of Confinement

Po Box 24403
Mailing Address

Tucson Arizona 85734 USA
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.**

ORININal

☒ FILED    ☐ LODGED

**NOV 30 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Alfred "Erika" Caraffa ADc#
(Full Name of Plaintiff) 350727 et. aly

Plaintiff,

v.

(1) C/o M. Moyer et al.,
(Full Name of Defendant)

(2) Ryan thornell,

(3) ADCRR,

(4) State of Arizona,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CV-23-543-TUC-JGZ-PSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

3) Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.  JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☒ Other: official/unofficial and Individual capacities and 28 USC Section 1777 glass Action    United States

2.    Institution/city where violation occurred: ASPC Tucson / District of Arizona

(~~1-2~~ -)

28 pages total

1 of 22

**550/555**

## B. DEFENDANTS

1.  Name of first Defendant: _G/o M. Moyer_. The first Defendant is employed as: _Unconstitutional correctional_ at _ADCRR_.
    _officer_
    (Position and Title) _____ (Institution)

2.  Name of second Defendant: _Ryan Thornell_. The second Defendant is employed as: as: _Unconstitutional employee of_ at _ADCRR_.
    (Position and Title) _____ (Institution)

3.  Name of third Defendant: _ADCRR, the_. The third Defendant is employed as: _Unconstitutional Dept. of the_ at _ADCRR_.
    _State of Arizona_
    (Position and Title) _____ (Institution)

4.  Name of fourth Defendant: _State of Arizona_. The fourth Defendant is employed as: _the State of Arizona_ at _governmental entity of_.
    (Position and Title) _____ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☒ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? _127 Approx._. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _See Query_ v. _Search_
        2.  Court and case number: _See Query Search_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _See Query Search_

    b.  Second prior lawsuit:
        1.  Parties: _N/A_ v. _N/A N/A_
        2.  Court and case number: _N/A_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

    c.  Third prior lawsuit:
        1.  Parties: _N/A_ v. _N/A_
        2.  Court and case number: _N/A_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.



2 of 32 pages

## B. Defendant(s)

5) the fifth Defendant is Named as Correctional staff of ASPC-TUCSON Rincon Unit. In official and unofficial Capacites under color of State Law as Individual(s). The fifth Defendants Are UNconstitutionally Employeed as C/o's for the ADCRR IN the state of Arizona.

## A. Jurisdiction

1) the United state District Court of Arizona is one Jurisdiction under Both Federal Law(s) and State of Arizona Constitutional Laws ARS const. Article 20 section fourth Indian lands, Public lands IN The Absolute Jurisdiction of the Congress (of the United states)

2 (a) of 3 of 22 total.

<u>B. Defendant(s)</u>

6) the sixth Defendant is the United States of America in official Capacity.

7) the seventh Defendant is the Commander in chief the President of the United States of America President Joe Biden in official Capacity To uphold U.S. Constitutional Rights/ privileges of citizens of this United States to protect, perverse and Defend the United States Constitution against Domestic Terrorist and International Terrorist as Employees of ADCRR. And the State of Arizona

2(b) of 3 of 32

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _14th Amendment_
U.S. Constitution

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities             ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
In Rincon Unit while Under color of State
Law Unconstitutionally Employeed by
the ADCRR and State of Arizona Defendant
C/O M. Moyer groped Me During A Pat Search
Palming and Squeezing my left Buttocks.
As I'm A transsexual Unconstitutionally
held in State Custody Prisoner. This was
the Second time C/O M. Moyer had physically
touched me unwantedly outside the Duty of A
Correctional Officer

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Sexual gropping by A correctional officer

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                              ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?                    ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?          ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Filed A PREA Act Against C/O M. Moyer
on the PREA Hotline at this Institution.



3 of 28

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Between 9/1/23 and Present Defendant(s) ADCRR and the State of Arizona have Violated the PREA Act to Investigation of Unlawful gropping and touching by An Correctional officer at Rincon Unit Arizona State Prison Complex-Tucson. C/O M. Moyer has Amitted to the touching Incident(s) and Harassed this Unconstitutional State Prisoner and gone as far to get other C/Os And A few Inmates to Harass and Attempt to Intimate myself.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Deprivation(s) of Constitutional Procedures In An PREA Incident w/A Correctional officer who is Unconstitutionally Employeed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The federal Court is the highest level for Redress of government gridvances.

4 of 22

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment U.S. Constitution.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In unofficial capacity of the ADCRR and the State of Arizona, I (Alfred Erika "Caroffa" (ADC #350727) was deprived personal property and hy gave product(s) on November 8th 2023 by the Defendent(s) in official capacity under unconstitutional jurisdiction of State Control to Access to An Indigent Package of items valued at $10.57 Dollars which is on several Camera(s) Being hadided in AS a Keefe Commissary order.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived property by unconstitutionally Employeed Correctional officers

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. filed a formal complaint in the injunction Portal on my personal target to the U.S. District Court of Arizona on 11/9/2023

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5 of 18 (9) of 22

## D.  CAUSE OF ACTION

~~COUNT I~~ Count Four

1.  State the constitutional or other federal civil right that was violated: 8th Amendment U.S. Constitution.

2.  **Count I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☒ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: ~~Cruel punishment~~

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    ON November ~~17th~~ and ~~17th~~ 2023 while under color of state Law in Unofficial capacity of the Defendant(s) ADCRR and State of Arizona, the UNconstitutional Employees of RINCON Unit of ASPC-Tucson Did Not Provide A third Meal Per A federal U.S. District Court order and have Not provided that third Meal from April 7th 2023 when the Court order issued, for each weekend and Holiday.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    Deprived food by Unconstitutionally Employed State Correctional officers knowingly and willingly denying the U.S. court order

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?                   ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?          ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. filed several complaints in the injunction portal to the U.S. District 5(9) of ~~189~~ Court of 22

Count Five

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitutional Law

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

From 12/16/2022 until Present up to 11/17/23 and 11/18/23 Defendant(S) in Unconstitutional Employement of Defendants State of Arizona and AOCRR have Knowingly and willingly deprived A third Meal to the Prisoner(S) of Rincon Unit at ASPC-Tucson. which was found forbidden to do by A federal U.S. District Court order and Injunction.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Deprived Food During Unconstitutional Incarceration of the Defendant(S)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Filed Several Class Actions Unconstitutionally dismissed with Unlawful Court orders which Are Exhibits of Evidence In Corruption Case(S).
   5(B) of 19 of 28

Count six

1. State the constitutional or other federal civil right that was violated: **8th Amendment**

   **U.S. Constitution**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Under color of An Unconstitutional State Law Being Enforced As Constitutional the Unlawful Employees of ASPC-Tucson use Act(s) of Retaliation to Attempt to Intimidate this federal witness to their Corruption and Continuing Conspiracies to Deprivation(s) of Federal Constitutional Right(s) secured by the Federal Constitution.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Acts of Intimidation and Retaliation by Unconstitutionally Employed C/O's

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**



# Count Seven

1) Constitutional Right Violated —
(5th) Fifth Amendment of the U.S.
Constitution.

2) Count 7: Due process of Law

3) Supporting fact(s) — In Unconstitutionally
dismissed class Action(s) by and In
official Capacity of the United States
of America. The Seal of the United
States has Been Not Affixed to Any
of the federal Court Documents, orders),
writs as process that was issued from
the federal Courts. from November 1st 2023
Forward.

4) Injury — Denial of U.S. Constitutional
Rights secured by the federal Constitution

5) Doesn't Apply I A federal Court issue
of Law and fact.

5 (D) of 9 of 22

## Count 8

1) <u>constitutional</u> Right violated-
Eight Amendment U.S. Constitution.

2) <u>Count 8</u>- cruel and unusual punishment

3) <u>supporting</u> facts- under the Juridual
Immunity used in several federal
Court order(s) of Alfred E. Caraffa's
(ADC#350727) as stated by two federal
Judge's In official Capacities of this
United States of America and under the
Leadership of Commander in Chief
President Joe Biden the UNCON stitutional
Dismissal(s) <u>NOT</u> Be sed on Law AND/OR ON
Facts have violated the Constitutional
Rights of Alfred Erik Caraffa ADC#
350727

4) <u>Injury</u>- Deprived U.S. Constitutional
Rights secured by the federal Constitution.

5(5) of 9 of ~~22~~

5) A federal Court Issue under Exculive Jurisdiction of the federal government.

## Count Nine

1) <u>constitutional</u> Right Violated - 4th Amendment U.S. Constitution

2) <u>Count Nine</u> - stolen "papers and effects"

3) <u>Supporting facts</u> - on November 17th 2023 I, Notice that two copies of A filed writ of habeas corpus were missing from my Green folder of "papers" and Legal Documents. My Documents has been unreasonable seizured and stolen from myself. (Alfred "Erika" Caratta ADC# 350727) this has happened before and is A policy or Custom to get Inmates to steal federal or State Court documents for Correctional Staff who Abuse their Authority and position.

4) <u>Injury</u> - violation(s) of the Fourth Amendment of the U.S. Constitution

5 (F) of 9 of 22

5) (a) yes
   (b) yes
   (c) yes

## count ten

1) <u>constitutional Right violated</u>: 8th Amendment of the U.S. Constitution

2) <u>count ten</u> - Cruel and unusual punishment

3) <u>Supporting facts</u> - From Oct. 19th 2021 until present, I, Alfred Erik Caraffa ADC #350727 have Been unconstitutionally held in state Custody, Not Allowed to be transferred or Released Because I'm a federal witness in the Conspiracy to obstruction of Justice by several C/o's who work at this State facility who Are involved in the Charles Thurman Murder which unconstitutionally Convicted I. Morris ADC #164272 of the Crime. C. Riley was Not

5 (G) of 9 of ~~20~~

under the age of 18 in November 9th 2019 when himself and several other Correctional officers were in Phoenix, Arizona at A Starbuck's on the Same day Morris was released from State Prison Custody on A writ of habeas Corpus.

4) Injury- kidnapped by Correctional officers/Terrorist who Are trying to Intimidate the federal witness against them.

5) (a) yes
   (b) yes
   (C) NO
   (D) I) A federal Investigation into Charles Thurman's Murder.

## Count 11
### Cause of Action

1) Constitutional right violated - 8th Amendment of the U.S. Constitution

5(H) of 9 of ~~20~~

2) count II- Cruel and Unusual punishment

3) Supporting facts- on October 14th, 2023 and October 15th, 2023, Defendant(s) ADcRR In official Capacity and Employees of ADcRR In official, Unofficial and Individual Capacities Did Not Provide the third "Meal of the day(s) to Plaintiff Alfred "Erika" Caraffa /ADC#350727 while iN UNconstitutional Custody of the Defendant(s).

Legal Notice to the Defendant(s) provided on 10/15/23 and given 30days for the proposed Resolution In tablet Inmate Letter Ref # CCI-A2C34000234998 and Ref#CCI-A2C340002345227. ON 11/15/23 the Defendant(s) have not Make the proposed Restitution or any other Restitution.

As A policy or Custom to violation(s) of U.S. District Court order and Injunction Under Jensen V. Thornell

4) Injury-violation oF AN U.S. District Plus 1 of 3
5 (I) of 22 of 22

Court order and Injunction and
NON-compliance as A custom to these
rebellion and ~~resist~~ disobiedence to
the Federal government. Supported by
28 USCS section 1713-Protection against
loss by class Members. and 42 USCS section
1983 civil action for deprivations of rights.
See exhibit of Evidence stamped by the Supreme Court

(5) (a) yes
     (b)  yes
     (c) yes

## Count 12
## Cause of Action

1) Constitutional Right Violated - 8th
Amendment U.S. Constitution

2) Count 12- Cruel and unusual punishment

3) Supporting facts- On October 27st and
October 22nd and october 28th and 29th
as well as Nov. 3rd and Nov. 4th 2023

Plus 2 of 3
5(3) of 22 of 22



Defendant(s) were in non-compliance with
The Federal U.S. District Court order
and Injunction in Document 4410
of 2-12-cv-00601-ROS and Document
4335 of the cited class Action.
under official, unofficial and Individual
Capacities Did not provide A third Meal
for each of those day(s) As ordered to
Do so by the federal U.S. District Court
of Arizona (Also see counts four and eleven)
of this Action.
4) Injury - Deprivation of Civil rights under
42 USCS section 1983 and 28 usc section
1713 - Protection against loss by class
Member(s)(See U.S. Supreme Court Evidence
Exhibit stamped Recieved by the Court.
(5)(a) yes
  (b) yes
  (C) yes

P l us 3 of 3 (5)(K) of 22 of 22

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

I seek as relief for Count(s) 1-2 of this civil Complaint/class Action the Sum of TEN million dollars against Defendants ADCRR And ONE Million dollars against %O M. Moyer plus Interest on the Judgment, fees and costs and also for

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 9th 2023__

_____  
DATE

_____  
SIGNATURE OF PLAINTIFF

Alfred "Eric" Carriffe, ADC#350727

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

thumb print w/DNA

~~_____~~

(Signature of attorney, if any)

~~_____~~

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 (9) of 9 four of 22 total

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

For Count(s) three I seek for the Property DERRIVATION the Sum of 10.5. at $1200 to one Ration plus Interest on this Judgment Also for Count four and five I seek the Sum of $10.00 Dollars per day of each Deprivation on Behalf of all ~~unconstitutional~~ prisoners held in state custody and

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___November 9th 2023___
DATE                                    SIGNATURE OF PLAINTIFF

Alfred "Erika" Caraffa Adoc#350727

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6(B) of four of 28 total

## E. Request for Relief

$100 to one Ratio for Punitive Damages Plus Interest on this Judgment. Also Enforcement of the Federal Court order Constitutionally by the Federal government.

For Count Six - I seek the Sum of ten Million dollars for Act(s) of Retaliation by ADCRR Defendant(s) on Rincon Unit at ASPC- Tucson. Plus Interest on this Judgment.

Also Mandatory Federal Criminal Charges Against Correctional Officers at Rincon Unit Housing Unit Six on first shirt for Federal Crimes they have Already Committed and continue to Committ. every day.

For count Nine I seek the sum of 95 million Dollars Plus Interest as a custom by unlawful and Unconstitutional Correctional Officers

6(C) of Four of 22

For Counts four, eleven, and twelve the
Non-compliance with the federal Court
order and Injunction in Jenssen etal U.
Thornell et.al 2-12-CV-00607-PHX-ROS
As A class MEMBER I seek the following
Relief and Compensation $25 million dollars
for each day of Non-compliance with the
federal government's U.S. District Court
of Arizona for those days cited in count
four, eleven and twelve. plus Interest
on each Judgment. Also Enforcement of
the federal U.S. District Court order
under 18 USCS Section 2333 civil
Remedies - (a) "Any National of the U.S.
injured in his or her person, property or
business by reason of an act of INTernational
Terrorism, or his or her estate, survivors, or
heirs, May sue therefor in any appropriate
district Court of the United states and shall
recover threefold the damage he or she
Sustains and the cost of the suit, Including
Attorney fees."
Liability is under 18 USCS section 2333(d)
(2) Liability—

60 of 4 of 22 total

Federal Rules of Civil Procedure
Rule 56(a) - A party may move for Summary
Judgment, identifying each claim or
defense- or the part of each claim or
defense- on which Summary Judgment
is Sought. The court shall grant
Summary Judgment if the movant shows
that there is No genuine dispute as
to any Material fact and the movant
is entitled to judgment as A matter
of Law

Claim one - the U.S. District Court order
and Injunction clearly states under
subsection 26. Food service and Meals
26.1 - All prisoners shall be provided a
Minimum of three separately provided Meals
a day (breakfast, lunch, Dinner) consisting of
two hot Meals and one cold Meal with No
more than 14 hours between dinner and
breakfast. Breakfast and lunch Maybe served
together on weekends and holidays, provided
one is a hot Meal and Nutritional Needs are
Met. these meals shall be of the same quility
and have the same Nutritional and caloric

2 $\frac{B}{}$ of 21

Content as Meals served in general population
(See enclosed exhibit of Evidence pg 61 of 67
of case Number 2-12-cv-00601-PHX-Ros.
Document 4410)
also see Personal tablet Device for Alfred
Caraffa ADC#350727 subscriber aid-jpg-
d1be64ad customer Site 14036 for
Inmate Letter Reference#CCI-AZC3400023
66427 as stated in the Cause of Action
for Oct.14th 2023 and Oct.15th 2023.
    The response states-"that weekends
only have two Meals, Not three" from
C/oIII M. Moss on Nov.14th 2023
    pg.10 of 67 exhibit of Evidence
clearly states. It is further ordered the
clerk of court shall enter Judgment in
favor of Plaintiffs. Dated this 7th day
of April, 2023.
    So 217 days ago the Federal Judge
signed the U.S. District Court order and
Injunction. In the U.S. District Court In
the District of Arizona.
    By the computerized Inmate Letter
on my (Alfred Erik Caraffa ADc#350727)
The ADCRR In official Capacity through

3<sup>B</sup> of 11

Employees thereof have clearly stated that there is only two meals served on weekends.

A clearly fact(s) that the Defendent(s) have A policy and Custom to only providing two meals on the weekends.

So there is NO genuine dispute as to any Material fact.

The U.S. District Court of Arizona Court order Document 4410 and to the factual statement(s) in the Inmate Letter on my personal tablet.

I have A right to a claim under the 8th Amendment of the U.S. Constitution as stated in the Cause of Action And 42 USCS section 1983 - civil Action for deprivation of Rights; Every person who, under color of any statute, ordinance, regulation, custom or usage, of any state or Territory or the District of Columbia, subject(s) or causes to be subjected, any citizen of the United States or other person within the Jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and Laws, shall be liable

4$^B$ of _11_

to the party Injured in an action at Law,
Suit in equity or other proper proceeding
for redress...
    I have been deprived of the
Immunity to Cruel and unusual punishment
under the Eigdth Amendment of the U.S.
Constitution.
    Also under 42 USCS section 1981 - Equal
Rights under the Law; section 1981 (a) -
All persons within the Jurisdiction of the
United States shall have the same right in
every state and Territory to make and
enforce contracts, to sue, be parties, give
evidence, and to the full and equal benefit
of all Laws and proceedings for the security
of persons and property as is enjoyed by
white citizens and shall be subject to like
punishment, pains, penalties, taxes, licenses,
and exactions of every kind and to NO other
(C) Protection against Impairment - The Rights
protected by this section are protected
against impairment by---- and impairment
under color of State Law.
        The Defendants ADCRR Are

5$^B$ of $\underline{11}$

under color of state Law.

In the state of New Jersey, prisoners of the NJDOC eat three meals everyday, seven (7) days A week which like the federal U.S. District Court of Arizona, states "A Day" Saturday and sunday Are "A DAY" each of them.

As Relief I seek enforcement of the U.S. District Court order and Injunction to change the Policy and Custom still in place by the ADCRR to feeding two meals on weekends and Holidays.

As Compensation for the violation(s) of my Constitutional Right to Be Immune to violation(s) of the cruel and unusual punishment clause of the 8th Amendment U.S. Constitution I seek the Sum of twenty million ($20,000,000.⁰⁰) Dollars for each Day of October 14th and 15th, 2023 plus Interest and the sum of ($72,000,000.⁰⁰) twelve million Dollars for Each of the other six weekend days cited in the Cause of Action civil complaint.

that's 112 Million dollars total plus Interest on the Judgment. fees and costs Against Defendant(s)

G $\overset{B}{\text{of}}$ 11

ADCRR (Arizona Department of Corrections)
In official Capacity under color of State
Law
  under Arizona Annotated Revised statutes
Title 31 - Prisons and Prisoners; Article
one officer(s) and Employee(s) 31:207.01(F)
  Any and all causes of Action that may
arise out of tort caused by the Director,
Prison officers or employees of the department,
within the scope of their legal duty, shall
run only against the state (of Arizona)

  Under ARSA section 1-215 Definitions-
#29 - "Person" Includes. a when the word
"person" is used to designate the party whose
property may be the subject of a criminal or
public offense, the term includes the United
States, this state or any territory, state or
country, or any political subdivision of this
state that may be Lawfully own any property
or a public or private corporation or partnership
or association
      For the purpose of 42 USCS section this
state is A person because under 18 USC
Section 242 - Deprivation of rights under color
                7 $^B$ of 11



of Law] whoever, under color of Law, statute, ordinance, regulation or custom. willfully subjects any person (Alfred Erik Caraffa ADC#350727) in any state (Arizona) ..... to the deprivation of any right, privilege or Immunities secured or protected by the Constitution or Laws of the United States ... ... shall be fined under this title or imprisoned Not more than one year or both ... also see 18 USCS section 402 - Contempts Constituting Crimes] Any person ... willfully disobeying any lawful writ, process, order, Rule, decree, or Command of Any district Court of the United States (District of Arizona)... ... by doing any act or thing therein, or thereby forbidden (Not providing (3) three meal(s) (a day) If the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United states (42 USCS section 242 - cited Above) ... shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment or both.

Such fine shall be paid to the United states or

8 B of 11

to the complainant or other party injured by the act constituting the Contempt. ------ For purposes of this section the term "State" includes a State of the United States.

The State of Arizona is Not A Natural person, But the Contempts committed by Employees in official duties Are Natural person(s). Like cited All Acts Done in official duties of the Department all liability falls upon the State of Arizona.

November 15th 2023

Alfred Eric Daetta
ADC#350727

9th of 27

two pages of Exhibits of Evidence from case Number 2-12-cv-00607-PHX-ROS pg. 10 of 67 and 61 of 67

*Exhibit of Evidence pg*

1  procedures that are implemented to comply with the requirements of this Injunction shall

2  be provided to Plaintiffs' counsel and the monitors at least 30 days before the new or

3  modified policy becomes effective. These policies and procedures may be implemented

4  immediately on an interim basis if the Director certifies that there are exigent

5  circumstances. Any objections to these policies and procedures shall be subject to

6  negotiations between the parties. If negotiations fail, Defendants shall seek Court approval

7  of the new or modified policies.[6]

8       Accordingly,

9       **IT IS ORDERED** all parties shall comply with the terms of the permanent

10 injunction that follows.

11      **IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of

12 Plaintiffs.

13      Dated this 7th day of April, 2023.

14

15

16                                      Honorable Roslyn O. Silver
                                        Senior United States District Judge

17

18                          *A federal*

19                          *Court Judge*

20

21

22

23

24

25

26

27 [6] It has long been settled the Court will automatically retain jurisdiction to monitor and
   enforce the terms of the Permanent Injunction. *United States v. Swift & Co.*, 286 U.S. 106,

28 114 (1932) (noting power to enforce injunction is "inherent in the [Court's] jurisdiction").
   To avoid any ambiguity, the Court expressly retains jurisdiction to monitor and enforce the
   terms of the Permanent Injunction.

*Exhibit of Evidence*

following:

**24.1.** Within six months of this Order, prisoners' tablets shall allow them, in a language they understand, to make direct requests for services including medical/mental health services, file a letter or other request required before filing a grievance, file a grievance, file an appeal, access and send electronic mail (both personal and professional), check their commissary account balance, obtain current program schedules and curriculum, purchase commissary items, access case notices regarding letters and grievances, access the prisoner handbook, access disciplinary documents, access hearing documents, access appeal decisions and access current classification level and progress towards the next step down. The tablet should also allow access to entertainment such as books, educational materials, music and movies, consistent with a prisoner's classification and step levels. Until tablets are issued with the above functionality, and thereafter for prisoners who are not permitted to have electronic tablets or who do not have access to an electronic tablet due to tablet malfunction, Defendants shall provide paper or other means for prisoners to access documents and make requests consistent with the prisoner's custody level.

**25. Body Scanners**

Evidence at trial established prisoners undergo routine strip searches. The Court-appointed expert recommended Defendants use full-body scanners to reduce the use of and reliance on strip searches. Full-body scanners are preferable but, at this time, the Court will not mandate the installation of full-body scanners at all locations housing prisoners.

**26. Food Service and Meals**

**26.1.** All prisoners shall be provided a minimum of three separately provided meals a day (breakfast, lunch, dinner) consisting of two hot meals and one cold meal with no more than 14 hours between dinner and breakfast. Breakfast and lunch may be served together on weekends and holidays, provided one is a hot meal and

