# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erika Caraffa,<br><br>    Plaintiff,<br><br>v.<br><br>M. Moyer, et al.,<br><br>    Defendants. | NO. CV-23-00543-TUC-JGZ (PSOT)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 7, 2023, judgment of dismissal is entered. This action is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

December 7, 2023

          s/ B. Cortez
    By    Deputy Clerk